IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LEXUS MCQUEEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cv-00174-BL |
| | ) | |
| ED FINANCIAL SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER[1]

On October 29, 2025, the Magistrate Judge recommended that the court dismiss the Plaintiff's complaint for failure to prosecute and abide by orders of the court. (Doc. 12). The Magistrate Judge set the deadline for the parties to file objections to the recommendation on November 12, 2025. (Doc. 12). To date, the court has received no objections.

After careful review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation of the Magistrate Judge to dismiss the Plaintiff's complaint for failure to prosecute and abide by orders of the court. The court will enter a separate final judgment dismissing this action.

**DONE** and **ORDERED** on this the 23rd day of February, 2026.

---

[1] The above-styled case was reassigned to the undersigned District Judge on November 12, 2025.

*[signature]*

**BILL LEWIS**
UNITED STATES DISTRICT JUDGE